


1:24-cr-00521
Judge Jeremy C. Daniel
Magistrate Judge Daniel P. McLaughlin
RANDOM/CAT. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. |
|---|---|
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| JUAN LOZOYA | **UNDER SEAL** |

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about August 17, 2021, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JUAN LOZOYA,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY