THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Gen No. 1:24-CR-00521-1 |
| | ) |
| JUAN LOZOYA | ) |

**WITHDRAWAL AND SUBSTITUTION OF ATTORNEY**

 Attorney CHERYL T. BORMANN hereby withdraws her appearance as attorney for

JUAN LOZOYA.

              _____
              CHERYL T. BORMANN


KEVIN BOLGER, hereby enters his appearance as attorney for JUAN LOZOYA.

              _____
              KEVIN BOLGER


KEVIN BOLGER 12906
Attorney at Law
875 N. MICHIGAN, 31ST FLOOR
CHICAGO, IL 60611
312-899-8100
312-953-0737
BOLGERLAW@AOL.COM
ARDC 0247677